**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF**
**CALIFORNIA**

| | | |
|---|---|---|
| **RICHARD ROSE** | § | |
| | § | |
| ***Plaintiff*** | § | |
| | § | |
| **V.** | § | **Civil Action No. 2:26-CV-10541** |
| | § | |
| **UNIVERSITY OF LAVERNE, et al** | § | |
| | § | |
| ***Defendants.*** | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Richard Rose files his Certificate of Interested Parties pursuant to Federal Rule of Civil Procedure 7.1. As currently pleaded, the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities are financially interested in the outcome of this litigation:

1. Richard Rose c/o
   Renee Walker
   State Bar No. 138283
   LLG National Law Group
   Phoenix Corporate Tower
   3003 North Central Ave. Ste 685
   Phoenix AZ 85012
   (888)826-6580
   (707)215-3600
   Renee.walker@llgnational.com
   *Plaintiff*

2. *UNIVERSITY OF LA VERNE,*
*DR. LAURA HARTLEY, individual and official capacity*
*DR. SHANNON MATHEWS, individual and official capacities*
*DR. RISA DICKSON, official capacity,*
*KEN O'DONNELL, official capacity,*
*defendants*

*defendants are unrepresented at this time. Service of the complaint is being made at this time.*

Respectfully
LLG NATIONAL LAW GROUP

By: Renee Walker
State Bar No. 138283
LLG National Law Group
Phoenix Corporate Tower
3003 North Central Ave. Ste 685
Phoenix AZ 85012
(888)826-6580
(707)215-3600
Renee.walker@llgnational.com
*Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on October 5, 2026, the foregoing was served via CM/ECF on all counsel of record pursuant to Local Rule.

*/s/ Renee Walker*
Renee Walker